[No. 13689–5–I.   Division One.   April 1, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DEWEY E. LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–00760–3, H. Joseph Coleman, J., entered August 22, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Corbett, C.J., and Scholfield, J.

[Nos. 14039–6–I; 14246–1–I.   Division One.   April 1, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RICKY EUGENE STEVENETTE, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 81–1–03239–3, 83–1–01553–3, James D. McCutcheon, Jr., J., entered October 31, 1983. *Dismissed* by unpublished per curiam opinion.

[No. 6218–0–III.   Division Three.   April 2, 1985.]

*In the Matter of the Marriage of* THEODORE J. LEAR, *Respondent, and* CAROLYN S. RISLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 82–3–01077–5, Robert S. Day, J., entered November 17, 1983. *Reversed* and *remanded* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.